**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

DEC 3 2018

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-10058 |
| Plaintiff-Appellee, | D.C. No. 3:05-cr-00233-LRH |
| v. | |
| OSCAR JAMES MITCHELL, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted November 27, 2018[**]

Before: CANBY, TASHIMA, and FRIEDLAND, Circuit Judges.

Oscar James Mitchell appeals from the revocation of supervised release and the 14-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Mitchell's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

provided Mitchell the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**